UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:97-CR-00137-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES EDWARD JOHNSON | ) | |

This matter is before the court on defendant's letter to the court dated 10 May 2012, which the court construes as a motion to recommend to state authorities that defendant be released on bond. Having fully considered the motion, it is DENIED.

This 17 July 2012.

_____
W. Earl Britt
Senior U.S. District Judge